# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# ROCK HILL DIVISION

| | | |
|---|---|---|
| New York Life Insurance Company, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No.: 0:18-cv-01528-JMC |
| | ) | |
| v. | ) | |
| | ) | |
| Michelle Aiello, *as Personal Representative of the Estate of Carolyn Taurino*, and Robert Allen Hypes, | ) ) ) | **ORDER** |
| | ) | |
| | ) | |
| Defendants. | ) | |

This matter comes before the court upon the parties' Joint Motion to Deposit Interpleader Funds with State Court and Dismiss Plaintiff with Prejudice. (ECF No. 15.)

Upon good cause shown, and with the consent of all parties, it is hereby ORDERED, ADJUDGED, AND DECREED as follows:

1. New York Life Insurance Company is directed to deposit $100,000, plus any applicable claim interest payable under an individual life insurance policy issued by New York Life Insurance Company, with the Clerk of the South Carolina Court of Common Pleas for the County of Lancaster, Sixth Judicial Circuit, in connection with the related action *Michelle Aiello, as Personal Representative of the Estate of Carolyn Taurino vs. Robert Allen Hypes, a Person Presently Incarcerated or Detained in a Mental Facility*, Case No. 2017-CP-29-00818, which is payable as a result of the death of Carolyn Taurino and is in connection with individual life insurance certificate number A2677365;

2. New York Life Insurance Company, along with its present and former parents, subsidiaries and affiliated corporations, predecessors, successors and assigns, and their

1

respective officers, directors, agents, employees, and representatives, is discharged of all liability in connection with the Death Benefit and/or Group Policy and/or the Policy;

3. This action is dismissed, with prejudice, and without further costs to any party.

**IT IS SO ORDERED.**

*J. Michelle Childs*
United States District Judge

August 16, 2018
Columbia, South Carolina